**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-2032**

---

REV. CARL A. MELVIN,

        Plaintiff - Appellant,

    v.

HAMPTON-NEWPORT NEWS COMMUNITY SERVICES BOARD,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, Senior District Judge.  (4:19-cv-00069-RAJ-LRL)

---

Submitted:  September 28, 2023              Decided:  October 2, 2023

---

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Carl A. Melvin, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl A. Melvin appeals the district court's order granting Defendant's motion for summary judgment on Melvin's claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e to 2000e-17, and dismissing without prejudice his state law claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Melvin v. Hampton-Newport News Cmty. Servs. Bd.*, No. 4:19-cv-00069-RAJ-LRL (E.D. Va. Sept. 1, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*